UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 23-cr-394-01 (TNM) |
| v. | : | |
| | : | **FILED UNDER SEAL** |
| SAMUEL BRAXTON, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S MOTION TO FURTHER UNSEAL CASE
ONLY WITH RESPECT TO DEFENDANT #1, SAMUEL BRAXTON**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves to further unseal the above-captioned case, but only to the extent it relates to Defendant #1, Samuel Braxton. In support of this motion, the government states as follows:

1. This case involves a 19-count indictment of 8 defendants. The case has been unsealed with respect to the defendants except Defendant #1 and Defendant #5.

2. The case against Defendant #1 has remained sealed because the government was still conducting covert operations related to Defendant #1 and other subjects associated with Defendant #1's drug trafficking activity and because he had not been arrested. The case against Defendant #5 has remained sealed because he has not been arrested and further covert activity is planned with respect to Defendant #5.

3. The covert activity related to Defendant #1 has been completed and the case with respect to him can be unsealed. Although not formally arrested in the instant case, Defendant #1 is presently incarcerated in a federal facility.

4. However, the case with respect to Defendant #5 should remain sealed.

**WHEREFORE**, the United States requests that the Court further unseal the above-captioned

1

case but only as it relates to Defendant #1, Samuel Braxton.

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              United States Attorney
                              D.C. Bar Number 481052

                              */s/ George Eliopoulos*
                              GEORGE ELIOPOULOS
                              D.C. Bar Number 390601
                              WILLIAM G. HART
                              D.C. Bar Number 1029325
                              ADAM L.D. STEMPEL
                              D.C. Bar Number 1615015
                              Assistant United States Attorneys
                              Violence Reduction and Trafficking Offenses
                              601 D Street, NW
                              Washington, D.C. 20530
                              Phone: (202) 252-6957
                              george.p.eliopoulos@usdoj.gov
                              william.hart@usdoj.gov
                              adam.stempel2@usdoj.gov